IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN HORTON, | No. 4:23-CV-01768 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MATTHEW G. MILLS, JR., | |
| Defendant. | |

## ORDER

**APRIL 18, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Matthew G. Mills's Motion for Summary Judgment (Doc. 13) is **DENIED** in part and **GRANTED** in part;

    a. As to Count I, Unreasonable Search under 42 U.S.C. § 1983, summary judgment is **DENIED**;

    b. As to Count II, First Amendment Retaliation under 42 U.S.C. § 1983, summary judgment is **DENIED**;

    c. As to Count III, Equal Protection under 42 U.S.C. §1983, summary judgment is **GRANTED**; and

    d. As to Count IV, False Arrest/False Imprisonment under Pennsylvania state law, summary judgment is **GRANTED**.

2. The Court shall schedule a telephonic status conference with counsel of record by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge